Shane A. SCRUGGS, Plaintiff—
Appellant,

v.

ALEXANDRIA SHERIFF DEPART-
MENT DETENTION; Captain Dice-
sare; Ms. Kornegay; Dana Lawhorne,
Sheriff, Defendants—Appellees.

No. 06–7673.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 25, 2007.

Decided: Jan. 30, 2007.

Shane A. Scruggs, Appellant pro se.

Before WIDENER and MICHAEL,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Shane A. Scruggs appeals the district
court's order dismissing his 42 U.S.C.
§ 1983 (2000) complaint under 28 U.S.C.
§ 1915A (b)(1) (2000). We have reviewed
the record and find no reversible error.
Accordingly, we affirm for the reasons
stated by the district court. *See Scruggs
v. Alexandria Sheriff Dep't Detention,* No.
2:06–cv–00284 (E.D.Va. Aug. 23, 2006).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED.*